# UNITED STATES BANKRUPTCY COURT

## Eastern District of Kentucky
## Covington Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588−1111

In Re: Lance Whitlow Erwin

6357 Cliffside Dr.
Florence, KY 41042

aka/dba:

SSN/TID: xxx−xx−8205

Debtor(s)

Case Number: 10−22471−tnw

Chapter: 7

## DISCHARGE OF DEBTOR IN A CHAPTER 7 CASE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED** the debtor is granted a discharge under section 727 of title 11, United States Code, (The Bankruptcy Code).

By the court −

Dated: 1/20/11

/s/Tracey N. Wise
Tracey N. Wise
U.S. Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**EXPLANATION OF BANKRUPTCY DISCHARGE**
**IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

District/off: 0643-2 User: kaya Page 1 of 1 Date Rcvd: Jan 20, 2011
Case: 10-22471 Form ID: B18 Total Noticed: 15

The following entities were noticed by first class mail on Jan 22, 2011.
db +Lance Whitlow Erwin, 6357 Cliffside Dr., Florence, KY 41042-1105
4334752 BANK OF AMERICA, PO BOX 650070, DALLAS TX 75265-0070
4334759 HUNTINGTON BANK, PO BOX 1558, COLUMBUS OH 43216-1558
4393943 +HUNTINGTON NATIONAL BANK, 6101 W 130TH, PARMA OH 44130-1075
4334760 ++US BANK, PO BOX 5229, CINCINNATI OH 45201-5229
(address filed with court: US BANK, P.O. BOX 790408, SAINT LOUIS MO 63179-0408)

The following entities were noticed by electronic transmission on Jan 20, 2011.
4334750 EDI: AMEREXPR.COM Jan 20 2011 20:38:00 AMERICAN EXPRESS, BOX 0001, LOS ANGELES CA 90096-8000
4334751 EDI: PHINAMERI.COM Jan 20 2011 20:38:00 AMERICREDIT, P.O. BOX 78143, PHOENIX AZ 85062-8143
4354821 EDI: PHINAMERI.COM Jan 20 2011 20:38:00 AMERICREDIT FINANCIAL SERVICES, INC, PO BOX 183853, ARLINGTON, TX 76096
4334753 EDI: BANKAMER.COM Jan 20 2011 20:38:00 BANK OF AMERICA, PO BOX 851001, DALLAS TX 75285-1001
4334754 EDI: CAPITALONE.COM Jan 20 2011 20:38:00 CAPITAL ONE, P.O. BOX 71083, CHARLOTTE NC 28272-1083
4334755 EDI: CHASE.COM Jan 20 2011 20:38:00 CHASE, P.O. BOX 15153, WILMINGTON DE 19886-5153
4334756 EDI: CITICORP.COM Jan 20 2011 20:38:00 CITI CARDS, P.O. BOX 182564, COLUMBUS OH 43218-2564
4334757 EDI: DISCOVER.COM Jan 20 2011 20:38:00 DISCOVER, P.O. BOX 6103, CAROL STREAM IL 60197-6103
4334758 EDI: HFC.COM Jan 20 2011 20:38:00 HSBC, PO BOX 5241, CAROL STREAM IL 60197-5241
4365625 EDI: RECOVERYCORP.COM Jan 20 2011 20:43:00 RECOVERY MANAGEMENT SYSTEMS CORPORATION, 25 S.E. 2ND AVENUE, SUITE 1120, MIAMI, FL 33131-1605

TOTAL: 10

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 22, 2011** **Signature:** Joseph Speetjens